UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-21808-CIV-JORDAN

| | |
|---|---|
| PITNEY BOWES, INC. | ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| FRANCISCO ACEVEDO | ) ) |
| Defendant | ) ) |

### ORDER DENYING MOTION FOR TRO

Pitney has sued Mr. Acevedo for misappropriation of trade secrets and breach of a confidentiality and no-compete agreement. Pending is Pitney's motion for a temporary restraining order. For the reasons stated below, the motion [D.E. 3] is DENIED without prejudice.

I am reluctant to exercise my discretion to issue a restraining order without notice in this case as Pitney has not sufficiently established that ex parte injunctive relief is necessary. *See generally Yakus v. United States,* 321 U.S. 414, 440 (1944) ("The award of an interlocutory injunction by courts of equity has never been regarded as strictly a matter of right, even though irreparable injury may otherwise result to the plaintiff."); *Pioneer Military Lending of Ga., Inc. v. McCollum*, 221 Fed.Appx. 892, 893 (11th Cir. 2007)("The grant or denial of a preliminary injunction is a decision within the discretion of the district court."). *See also* Fed.R.Civ.P. 65(b)(1)((B)(attorney for party seeking temporary restraining order must certify reasons why notice should not be required).

I will, however, schedule a hearing on Pitney's motion for a preliminary injunction once Pitney certifies that all the defendants have been served.

DONE and ORDERED in chambers in Miami, Florida, this 1st day of July, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record